UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


KRISTY BECKWITH,

    Plaintiff,

v.
                                        Case No: 6:24-cv-136-JSS-DCI

FULL SAIL, LLC D/B/A FULL SAIL
UNIVERSITY and THE OFFICE
GURUS,

    Defendants.
_____/

**ORDER**

The court has been notified in the Joint Stipulation of Voluntary Dismissal (Dkt. 17) that the parties jointly stipulate that this action is dismissed with prejudice as to the parties and without prejudice as to the claims of any putative class member. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this cause is hereby **DISMISSED** with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Orlando, Florida, on May 21, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record